IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN WILLIAMS, #279734, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO. 1:11cv1017-TMH |
| | )              (WO) |
| DOUGLAS ALBERT VALESKA, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**OPINION and ORDER**

On February 12, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this the 5th day of March 2012.

        /s/ Truman M. Hobbs

        TRUMAN M. HOBBS
        SENIOR UNITED STATES DISTRICT JUDGE